Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023154)
Callie N. Parkinson (#028339)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com
cnp@kflawaz.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glacier Pool Coolers, LLC, an Arizona limited liability company; RAM Innovations, LLC, an Arizona limited liability company,<br><br>    Plaintiffs/Counterdefendants<br><br>v.<br><br>200 Park, Inc. d/b/a ArctiChill, a South Carolina corporation,<br><br>    Defendant/Counterclaimant. | Case No.  2:14-cv-01849-DLR<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiffs/Counterdefendants Glacier Pool Coolers LLC and RAM Innovations LLC along with Defendant/Counterclaimant 200 Park Inc. d/b/a ArctiChill hereby notify the clerk and the Court that all parties have reached a settlement in principle. Upon completion of the settlement documents, the parties anticipate that they will be filing a stipulation for dismissal.

RESPECTFULLY SUBMITTED this 7th of May, 2015.

KERCSMAR & FELTUS PLLC

By *s/ Gregory B. Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
Callie N. Parkinson
7150 East Camelback Road
Scottsdale, Arizona 85251
*Attorneys for Plaintiffs/Counterdefendants*

STITES & HARBISON PLLC

By *s/ Joel Beres* (with permission)
Joel Beres
400 West Market Street, Suite 1800
Louisville, Kentucky, 40202
*Attorneys for Defendant/Counterclaimant*

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2015, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Shane E. Olafson
LEWIS ROCA ROTHGERBER LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

Joel Beres
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky, 40202

*s/ Gregory B. Collins*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001